**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00597-CR

### CHARLES WAYNE BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83909-2017**

## ORDER

The Court **GRANTS** the State's February 3, 2020 second motion to extend time to file its brief. We **ORDER** the State's brief received on February 3, 2020 filed as of the date of this order.

                                  /s/     LANA MYERS
                                           JUSTICE